# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138867 & (112)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BARBARA DROOMERS, Personal
Representative of the Estate of WARREN
DROOMERS, Deceased,
    Plaintiff-Appellee,

v

JOHN R. PARNELL, PARNELL &
ASSOCIATES, P.C., and MUSILLI,
BAUMGARDNER, WAGNER &
PARNELL, P.C.,
    Defendants,

and

RALPH MUSILLI and WALTER
BAUMGARDNER,
    Appellants.

_____/

SC: 138867
COA: 278162
Oakland CC: 2000-024779-CK

On order of the Court, the motion to supplement the record and to amend the statement of facts is DENIED. The application for leave to appeal the February 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921